```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------

ANHUI AIDO GARMENT COMPANY, LTD.,        24-cv-1572 (JGK)

            Plaintiff,        <u>ORDER</u>

     - against -

PETER STERN, ET AL.,

            Defendants.

--------------------------------------------------

JOHN G. KOELTL, District Judge:

    The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss (ECF No. 55).

SO ORDERED.

Dated:    New York, New York
            September 16, 2024

                                                   John G. Koeltl
                                     United States District Judge