UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANHUI AIDO GARMENT COMPANY, LTD,

        Plaintiff,

- against -

PETER STERN, ET AL.,

        Defendants.

---

24-cv-1572 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

The parties are directed to appear, by phone, on **October 9, 2024**, at **3:30 p.m.**, for oral argument in connection with the defendants' motion to dismiss.

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            October 1, 2024

                                      John G. Koeltl
                                United States District Judge