```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ANHUI AIDO GARMENT COMPANY, LTD,
                Plaintiff,        24-cv-1572 (JGK)

- against -                ORDER

PETER STERN, ET AL.,
                Defendants.

**JOHN G. KOELTL, District Judge:**

    As discussed at the telephone conference held today, the plaintiff may file an amended complaint by **October 25, 2024**. The defendants should respond to the amended complaint by **November 13, 2024**. The plaintiff should respond to any motion to dismiss by **December 2, 2024**. The defendants should reply by **December 13, 2024**.

    The motion to dismiss the complaint is **denied as moot**. The Clerk of the Court is respectfully directed to close all pending motions.

SO ORDERED.
Dated:    New York, New York
           October 9, 2024

                                          John G. Koeltl
                                     United States District Judge