**WINSTON TAYLOR.**

200 Park Avenue
New York, NY 10166-4193
+1 (212) 294-6700

**Luke A. Connelly**
Partner
+1 (212) 294-6882
Luke.Connelly@winstontaylor.com

July 13, 2026

**<u>VIA ECF</u>**

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted. Redacted copies should be filed on the docket and unredacted documents should be filed under seal.

Re: ***Anhui Aido Garment Company, Ltd. v. Peter Stern, Knitwork Productions II, LLC, American Attitudes USA, LLC, and Express Trade Capital, Inc.*, No. 1:24-cv-1572 (JGK)**

So ordered.
J. G. Koeltl
7/14/26 U.S.D.J.

Dear Judge Koeltl:

Counsel for Plaintiff Anhui Aido Garment Company, Ltd. ("Aido") respectfully writes pursuant to Section VII.A.2 of the Court's Individual Practices to request leave to file under seal a Memorandum of Law in Support of its Motion to Withdraw as Counsel and a supporting Declaration of Luke A. Connelly, along with the Declaration's two exhibits.

The Memorandum of Law, Declaration, and exhibits contain information regarding the confidential attorney-client relationship between Winston Taylor LLP and its client, including matters relating to litigation strategy and the attorney-client engagement. Accordingly, the particular reasons justifying sealing are the protection of confidential attorney-client relationship information and litigation strategy that, if disclosed publicly, could cause harm to the client. *Haider v. Geller & Co. LLC*, 457 F. Supp. 3d 424, 427 (S.D.N.Y. 2020) ("The need to protect attorney-client privileged communications may defeat the presumption [of the public's right to access judicial records].").

The Memorandum of Law, Declaration, and exhibits—which necessarily detail the specific grounds for withdrawal—are proposed to be filed under seal. Counsel also requests that portions of "Exhibit A" covering narrative descriptions of attorney work for the client be redacted in the sealed filing. This public letter motion does not contain any of the confidential information sought to be sealed.

In conformity with the Court's Individual Practices, the proposed sealed documents will be contemporaneously filed under seal on ECF.

**WINSTON TAYLOR.**



Accordingly, Aido respectfully submits that good cause has been shown, and requests that this letter motion be granted.

Respectfully submitted,

/s/ Luke A. Connelly
Luke A. Connelly
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166
luke.connelly@winstontaylor.com
T: (212) 294-6882
F: (212) 294-4700

*Counsel for Plaintiff Anhui Aido Garment Company, Ltd.*

cc: Counsel for All Parties (via ECF)