**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ANHUI AIDO GARMENT COMPANY, LTD.,**

**Plaintiff,**

**- against -**

**PETER STERN, ET AL.,**

**Defendants.**

**24-cv-1572 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

Winston Taylor LLP has moved to withdraw as counsel for the plaintiff, Anhui Aido Garment Company, Ltd. ("Anhui"), ECF No. 92, and has served the motion on Anhui, ECF No. 101. Anhui should respond to the motion by **August 21, 2026**. Winston Taylor may reply by **August 28, 2026**.

Anhui is advised that a company is permitted to appear in federal court only by counsel. If Winston Taylor's motion is granted and Anhui fails to appear by new counsel thirty days thereafter, Anhui's case may be dismissed.

Winston Taylor should provide a copy of this Order to Anhui and note service on the docket by **July 27, 2026**.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 23, 2026**

**John G. Koeltl**
**United States District Judge**